1
2  David B. Owen Jiménez, USDC PR No. 301113
   Christopher Kyle Johnston, CA Bar No. 261474
3  Law Office of Christopher K. Johnston, LLC
   1510 Ave F.D. Roosevelt, Ste. 6A1
4  Guaynabo, PR 00968
   Office: (844) 345-3784
5  Fax: (844) 644-1230
   david@masstortslaw.com
6  *Attorneys for Plaintiff*

7

**IN THE UNITED STATES DISTRICT COURT**

8

**FOR THE DISTRICT OF ARIZONA**

9

| | |
|---|---|
| 10  IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-DGC |
| 11 | **SECOND AMENDED MASTER** |
| 12 | **SHORT FORM COMPLAINT FOR** |
| | **DAMAGES FOR INDIVIDUAL** |
| 13 | **CLAIMS AND DEMAND FOR** |
| 14 | **JURY TRIAL** |

15       Plaintiff(s) named below, for their Complaint against Defendants named

16 below, incorporate the Master Complaint for Damages in MDL 2641 by reference

17

18 (Doc.364). Plaintiff(s) further show the Court as follows:

19       1.    Plaintiff/Deceased Party:

20        Cynthia D McNair

21       2.    Spousal Plaintiff/Deceased Party's spouse or other party making loss of

22

23 consortium claim:

24        Not applicable

25       3.    Other Plaintiff and capacity (i.e., administrator, executor, guardian

26

27 conservator):

28        Not applicable

4.  Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

    Washington D.C.

5.  Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

    Washington D.C.

6.  Plaintiff's current state(s) [if more than one Plaintiff] of residence:

    Washington D.C.

7.  District Court and Division in which venue would be proper absent direct filing:

    U.S. District Court, District of Columbia

8.  Defendants (check Defendants against whom Complaint is made):

    ☑   C. R. Bard Inc.

    ☑   Bard Peripheral Vascular, Inc.

9.  Basis of Jurisdiction:

    ☑   Diversity of Citizenship

    ☐   Other: _____

    a.  Other allegations of jurisdiction and venue not expressed in Master Complaint:

        _____

        _____

        _____

10.  Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐ Recovery® Vena Cave Filter

☐ G2® Vena Cava Filter

☐ G2® Express Vena Cava Filter

☐ G2® X Vena Cava Filter

☑ Eclipse® Vena Cava Filter

☐ Meridian® Vena Cava Filter

☐ Denali® Vena Cava Filter

☐ Other: _____

11.  Date of Implantation as to each product:

July 7, 2010 _____

_____

12.  Counts in the Master Complaint brought by Plaintiff(s):

☑ Count I:      Strict Products Liability – Manufacturing Defect

☑ Count II:     Strict Products Liability – Information Defect (Failure to Warn)

☑ Count III:    Strict Products Liability – Design Defect

☑ Count IV:    Negligence – Design

☑ Count V:     Negligence – Manufacture

☑ Count VI:    Negligence – Failure to Recall/Retrofit

☑ Count VII:   Negligence – Failure to Warn

☑ Count VIII:  Negligent Misrepresentation

☑ Count IX:    Negligence *Per Se*

☑ Count X:     Breach of Express Warranty

☑ Count XI:    Breach of Implied Warranty

☑ Count XII:   Fraudulent Misrepresentation

☑ Count XIII:  Fraudulent Concealment

☑ Count XIV: Violations of Applicable  District   of   Columbia  Law
   Prohibiting Consumer Fraud and Unfair and Deceptive Trade
   Practices

☐ Count XV:  Loss of Consortium

☐ Count XVI: Wrongful Death

☐ Count XVII: Survival

☑ Punitive Damages

☐ Other(s):  _____  (please state the facts supporting this Count
             in the space immediately below)

_____

_____

_____

_____

_____

13.   Jury Trial demanded for all issues so triable?

☑ Yes

☐ No

RESPECTFULLY SUBMITTED this 26th day of July, 2017.

**LAW OFFICE OF**
**CHRISTOPHER K. JOHNSTON, LLC**

By: /s/ David B. Owen Jiménez
  David B. Owen Jiménez
  Christopher K. Johnston
  1510 Ave F.D. Roosevelt
  Ste 6A1
  Guaynabo, PR 00968
  Office: (844) 345-3784
  david@masstortslaw.com
  kyle@masstortslaw.com

I hereby certify that on this 26th day of July, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ David B. Owen Jiménez